**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br>**Westborough SPE LLC**<br>**Debtor(s)** | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>**Plaintiff(s),**<br>**v.**<br>**Lolonyon Akouete**<br>**Defendant(s).** | **Adversary Proceeding**<br>**No. 25-04027-CJP** |

**ORDER**

**MATTER:**
#21 Emergency Motion filed by Defendant Lolonyon Akouete for Clarification of Preliminary Injunction Order (Re: 16 Preliminary Injunction Order dated 9/24/2025 Re: 2 Motion filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee).

GRANTED IN PART, AND DENIED IN PART. TO THE EXTENT NECESSARY, THE COURT CLARIFIES THAT THE FOLLOWING DO NOT CONSTITUTE COMMUNICATIONS AS CONTEMPLATED BY THE PRELIMINARY INJUNCTION: (1) FILING OR SERVICE OF PLEADINGS FILED IN ANY COURT OR SERVICE OF LEGAL PROCESS AND (2) COMMUNICATION WITH COUNSEL REPRESENTING ANY OF THE POTENTIAL WITNESSES NAMED IN THE PRELIMINARY INJUNCTION. ANY OTHER RELIEF REQUESTED IS DENIED.

Dated: 09/25/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge