**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br>**Westborough SPE LLC**<br>**Debtor(s)** | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>**Plaintiff(s),**<br>**v.**<br>**Lolonyon Akouete**<br>**Defendant(s).** | **Adversary Proceeding**<br>**No. 25-04027-CJP** |

**ORDER**

**MATTER:**
#23 Emergency Motion filed by Defendant Lolonyon Akouete for Clarification (and, if Necessary, Limited Modification) of 16 Preliminary Injunction Order dated 9/24/2025 Re: 2 Motion filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee.

DENIED. NO FURTHER GUIDANCE SHOULD BE REQUIRED. FURTHER, IN ADDITION TO FILING A COPY OF THE PRELIMINARY INJUNCTION ORDER [ECF NO. 16] IN THE MIGNONETTE ACTION AND A REQUEST THAT THE SUPERIOR COURT STAY THAT ACTION WHILE THE INJUNCTION REMAINS IN EFFECT, THE MOVANT SHOULD ALSO SERVE A COPY OF HIS MOTION REQUESTING A STAY OF THE MIGNONETTE ACTION ORDERED AS PART OF THE PRELIMINARY INJUNCTION ON ALL PARTIES TO THE MIGNONETTE ACTION AND ON ANY PARTY THAT HAS BEEN SERVED A SUBPOENA OR ANY OTHER DEMAND IN THAT ACTION.

Dated: 09/26/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge