UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | |
| | |
| JONATHAN R. GOLDSMITH, | |
| CHAPTER 7 TRUSTEE OF | |
| WESTBOROUGH SPE LLC | |
|     Plaintiff, | Adversary Proceeding |
| v. | No. 25-04027-CJP |
| LOLONYON AKOUETE, | |
|     Defendant. | |

## EMERGENCY MOTION REQUESTING ELECTRONIC COPY OF HEARING RECORDING

Defendant Lolonyon Y. Akouete ("Defendant"), appearing pro se, respectfully moves this Court on an emergency basis for an order directing that the audio recording of the September 23, 2025 hearing on the Trustee's Motion for Preliminary Injunction be transmitted immediately by email in an accessible format (such as MP3 or other standard file type).

## BACKGROUND

1. On September 23, 2025, the Court held a hearing on the Trustee's Motion for Preliminary Injunction (ECF No. 2). The hearing lasted less than thirty minutes.
2. The Court entered a Preliminary Injunction Order on September 24, 2025. In doing so, the Court stated its findings orally on the record rather than through a written memorandum of decision.
3. Defendant previously requested detailed written findings pursuant to Fed. R. Bankr. P. 7052. Because the Court declined that request, the audio recording is the only means for Defendant to accurately preserve the findings for appellate review.
4. Defendant is a pro se litigant of limited means. Ordering an expedited transcript from a court reporter would impose prohibitive costs and unnecessary delay.
5. The short duration of the hearing (under 30 minutes) makes the audio file small enough to transmit easily as an email attachment. Immediate transmission is feasible and will prevent further prejudice.

## BASIS FOR EMERGENCY RELIEF

- **Time Sensitivity**: Defendant must preserve the record promptly to prepare for appeal and upcoming deadlines. Each day of delay risks irreparable harm to his appellate rights.

- **No Prejudice to Court or Trustee**: Providing an audio file imposes minimal burden on the Clerk's Office, compared with the cost and time of formal transcript preparation.
- **Authority**: Fed. R. Bankr. P. 5007(a) requires the Clerk to maintain the record of proceedings, including sound recordings. Courts may release those recordings when necessary to protect litigants' rights.

## RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that this Court:

1. **Direct the Clerk's Office to transmit immediately by email** to Defendant (info@smartinvestorsllc.com) the audio recording of the September 23, 2025 hearing in Adversary Proceeding No. 25-04027-CJP, in MP3 or other standard audio format;

2. Rule on this request on an emergency basis so that Defendant may avoid further delay in preserving his appellate rights; and

3. Grant such other and further relief as the Court deems just and proper.

DATED: September 30, 2025,                    Respectfully submitted:

_____
Lolonyon Akouete
800 Red Mills Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

CERTIFICATE OF SERVICE

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Scott A. Schlager on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: sas@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Dyann Blaine
20 Queensbrook Place
Orinda, CA 94563
dyann.blaine@gmail.com

Jan Blaustein Scholes
7501 E Thompson Peak Pkwy
Scottsdale, AZ 85255
jan.scholes2@gmail.com

Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of the Americas, 37th Flr.
New York, New York 10020
mark.lichtenstein@akerman.com

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C.  101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110

Peter Blaustein
950 Vista Road
Hillsborough, CA 94010
pblaustein@gmail.com

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556
walter.horst@babcockbrown.com

Samual A. Miller, Esq.
AKERMAN LLP
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
samual.miller@akerman.com
sharlene.harrison-carera@akerman.com


_____
Lolonyon Y Akouete