

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**Westborough SPE LLC**<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>    Plaintiff(s),<br>v.<br>**Lolonyon Akouete**<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04027-CJP |

## ORDER

**MATTER:**

#30 Emergency Motion for Reconsideration of September 26, 2025 Order Denying Clarification (DKT. 23), or, in the Alternative, for Leave to Appeal Interlocutory Order; and for Temporary Preservation Relief (Re: 24 Order dated 9/26/2025).

REQUEST FOR EMERGENCY HEARING IS DENIED. AFTER CONSIDERATION, MOVANT HAS NOT STATED A SUFFICIENT BASIS FOR AN EMERGENCY HEARING ON HIS MOTION FOR RECONSIDERATION. THE SUBSTANTIVE RELIEF REQUESTED IN THE MOTION WILL BE CONSIDERED IN THE ORDINARY COURSE, AND THE MOVANT SHALL COMPLY WITH ALL PRIOR ORDERS OF THE COURT.

Dated: 09/30/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge