

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**Westborough SPE LLC**<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>    Plaintiff(s),<br><br>v.<br><br>**Lolonyon Akouete**<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04027-CJP |

### ORDER

**MATTER:**
#34 Defendant's Emergency Motion for Reconsideration of Preliminary Injunction Order (ECF No. 16), Request for Written Findings Under Rule 52(a)(2), and, In the Alternative, to Modify the Injunction with Narrowly Tailored Terms (Re: 16 Preliminary Injunction).

DENIED FOR THE REASONS STATED ON THE RECORD IN GRANTING INJUNCTIVE RELIEF [ECF No. 37], IN THE ORDER ENJOINING THE MOVANT [ECF No. 16], IN THE ORDER CLARIFYING THE INJUNCTION [ECF No. 24], IN THE ORDER DENYING RECONSIDERATION [ECF No. 24], AND IN THE ORDER DENYING RECONSIDERATION [ECF No. 35]. THE COURT NOTES THAT IT MADE DETAILED FINDINGS ON THE RECORD SUPPORTING ITS ORDERS AND THAT, WHILE THE MOVANT CONTENDS THAT HE LACKED A MEANINGFUL OPPORTUNITY TO BE HEARD, IT IS CLEAR FROM THE RECORD THAT THE COURT CONSIDERED ALL OF THE MOVANT'S FILINGS ON THE DOCKET AND HIS ORAL PRESENTATION WHERE HE STATED THAT HE WOULD RELY ON THOSE FILINGS. AS STATED ON THE RECORD, THE COURT ADOPTED THE ASSERTIONS SET OUT BY THE TRUSTEE IN THE MOTION AND COMPLAINT IN FINDING THAT THE

TRUSTEE HAD MET HIS BURDEN. TO BE CLEAR, THE COURT FOUND AND FINDS THAT THERE IS SIGNIFICANT RISK OF INCONSISTENT RULINGS OR FINDINGS IN THE STATE COURT LITIGATION AND THAT FURTHER PROSECUTION OF THAT CASE BY THE MOVANT IS LIKELY TO CAUSE IRREPARABLE HARM, AN ABUSE OF PROCESS, AND INTERFERENCE WITH THE ADMINISTRATION OF THIS ESTATE. FURTHER, THE BALANCE OF THE HARMS AND PUBLIC INTEREST WEIGH HEAVILY IN FAVOR OF THE TRUSTEE IN OBTAINING THE REQUESTED ORDER STAYING FURTHER ACTIVITY IN THAT CASE AT LEAST UNTIL THIS COURT RULES ON PENDING MOTIONS FOR SUMMARY JUDGMENT.

TO THE EXTENT THAT THE MOTION REQUESTS A STAY PENDING APPEAL, THAT REQUEST IS DENIED BECAUSE THE MOVANT CANNOT DEMONSTRATE LIKELIHOOD OF SUCCESS OF AN APPEAL.

Dated: 10/06/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge