**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>**Debtor(s)** | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>**Plaintiff(s),**<br><br>**v.**<br><br>**Lolonyon Akouete**<br>**Defendant(s).** | **Adversary Proceeding**<br>**No. 25-04027-CJP** |

**PROCEEDING MEMORANDUM AND ORDER**

**MATTER:**

#48 Motion filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee to Expand Scope of Preliminary Injunction Order and Motion for Contempt of Existing Injunction.

**Decision set forth as follows:**

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS GRANTED IN PART ONLY AS PROVIDED HEREIN AND THE REMAINDER OF THE RELIEF REQUESTED WILL BE SCHEDULED FOR FURTHER HEARING AFTER THE TRUSTEE AMENDS THE COMPLAINT AND FILES ANY ADDITIONAL PLEADINGS, WHICH SHALL BE DUE WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER.

IN THE INTERIM, MR. AKOUETE IS ORDERED TO PROVIDE FIVE (5) BUSINESS DAYS ADVANCE WRITTEN NOTICE TO THE TRUSTEE PRIOR TO FILING OR SERVING, OTHER THAN IN THIS CHAPTER 7 CASE, ANY DOCUMENT IN ANY OTHER PENDING OR FUTURE CASE OR PROCEEDING RELATING TO CLAIMS BASED ON FACTS AND CIRCUMSTANCES INVOLVING

THE DEBTOR OR ISSUES DEPENDENT IN ANY WAY ON ANY CLAIM THAT MR. AKOUETE HAD ANY AUTHORITY TO ACT ON BEHALF OF THE DEBTOR.

Dated: 11/25/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge