

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**Westborough SPE LLC**<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| **Jonathan R. Goldsmith, Chapter 7 Trustee,**<br>    Plaintiff(s),<br>v.<br>**Lolonyon Akouete**<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04027-CJP |

## ORDER

**MATTER:**

#84 Emergency Motion filed by Defendant Lolonyon Akouete for Judgment on the Pleadings, to Expedite Hearing, and to Stay or Dissolve Preliminary Injunction.

AFTER CONSIDERATION, THE MOVANT FAILS TO STATE SUFFICIENT CAUSE FOR EMERGENCY CONSIDERATION. THE MOVANT ALREADY HAS A PENDING "SPECIAL MOTION TO DISMISS" SCHEDULED FOR FEBRUARY 17, 2026, AND IT WOULD APPEAR THAT THE MATTERS PENDING FOR HEARING ON FEBRUARY 17, 2026 OVERLAP WITH AND MAY DETERMINE CERTAIN MATTERS THAT ARE THE SUBJECT OF THE MOTION FOR JUDGMENT ON THE PLEADINGS. THE COURT WILL ESTABLISH A RESPONSE DEADLINE AND HEARING DATE FOR THE MOTION, IF NECESSARY, AFTER IT DETERMINES THE MATTERS SCHEDULED FOR HEARING ON FEBRUARY 17, 2026.

Dated: 02/12/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge