

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:** <br><br> **Westborough SPE LLC** <br> Debtor(s) | Chapter 7 <br> Case No. 23-40709-CJP |
| **Jonathan R. Goldsmith, Chapter 7 Trustee** <br> Plaintiff(s), <br> v. <br><br> **Lolonyon Akouete** <br> Defendant(s). | Adversary Proceeding <br> No. 25-04027-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTERS:**

#48 Motion filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee to Expand Scope of Preliminary Injunction Order and Motion for Contempt of Existing Injunction;

HYBRID HEARING HELD AND CONTINUED TO MARCH 5, 2026 AT 2:30 P.M. IN COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MA WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN MARCH 4, 2026 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 2/17/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge