

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**Westborough SPE LLC**<br>Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>Plaintiff(s),<br><br>v.<br><br>**Lolonyon Akouete**<br>Defendant(s). | Adversary Proceeding<br>No. 25-04027-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
#68 Supplement to Motion to Expand Injunction and Request for Expedited Determination (Re: #48 Motion for Preliminary Injunction) filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee.

**Decision set forth as follows:**

HYBRID HEARING HELD AND CONTINUED TO MARCH 5, 2026 AT 2:30 P.M. IN COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MA WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN MARCH 4, 2026 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 02/17/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge