

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:** <br> **Westborough SPE LLC** <br>     Debtor(s) | Chapter 7 <br> Case No. 23-40709-CJP |
| **Jonathan R. Goldsmith, Chapter 7 Trustee** <br>     Plaintiff(s), <br> v. <br> **Lolonyon Akouete** <br>     Defendant(s). | Adversary Proceeding <br> No. 25-04027-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#71 Defendants Consolidated Special Motion to Dismiss Under G.L. c. 231, § 59H (Anti-Slapp), Answer-In-Substance to Trustees Amended Complaint, and Opposition to Trustees Supplement and Request to Expand Injunction filed by Defendant Lolonyon Akouete (Re: #67 Plaintiff's Amended Complaint, #68 Plaintiff's Supplement to Motion to Expand Injunction and Request for Expedited Determination (Re: #48 Motion for Preliminary Injunction)).

**Decision set forth as follows:**

HYBRID HEARING HELD AND CONTINUED TO MARCH 5, 2026 AT 2:30 P.M. IN COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MA WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN MARCH 4, 2026 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 02/17/2026

By the Court,

*Christopher J. Panos*
United States Bankruptcy Judge