

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>    Plaintiff(s),<br>v.<br><br>**Lolonyon Akouete**<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04027-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTERS:**

#48 Motion filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee to Expand Scope of Preliminary Injunction Order and Motion for Contempt of Existing Injunction;

MOTION WITHDRAWN ON THE RECORD, WITHOUT PREJUDICE.

Dated: 3/06/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge