

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**Westborough SPE LLC**<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| Jonathan R. Goldsmith, Chapter 7 Trustee<br>    Plaintiff(s),<br><br>v.<br><br>Lolonyon Akouete<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04027-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
#68 Supplement to Motion to Expand Injunction and Request for Expedited Determination (Re: #48 Motion for Preliminary Injunction) filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee.

**Decision set forth as follows:**

MOTION WITHDRAWN ON THE RECORD, WITHOUT PREJUDICE.

Dated: 03/06/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge