

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br>**Westborough SPE LLC**<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>    Plaintiff(s),<br>v.<br>**Lolonyon Akouete**<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04027-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#71 Defendants Consolidated Special Motion to Dismiss Under G.L. c. 231, § 59H (Anti-Slapp), Answer-In-Substance to Trustees Amended Complaint, and Opposition to Trustees Supplement and Request to Expand Injunction filed by Defendant Lolonyon Akouete (Re: #67 Plaintiff's Amended Complaint, #68 Plaintiff's Supplement to Motion to Expand Injunction and Request for Expedited Determination (Re: #48 Motion for Preliminary Injunction)).

**Decision set forth as follows:**

HEARING HELD. SEPARATE ORDER TO ENTER.

Dated: 03/06/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge