

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>    **Debtor(s)** | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>    **Plaintiff(s),**<br><br>**v.**<br><br>**Lolonyon Akouete**<br>    **Defendant(s).** | **Adversary Proceeding**<br>**No. 25-04027-CJP** |

**ORDER**

**MATTER:**

#54 Defendant's Special Motion to Dismiss Under G.L. c. 231 Sec. 59H (Anti-SLAPP) and Motion to Dissolve Preliminary Injunction Order filed by Defendant Lolonyon Akouete Re: 1 Complaint.

SUPERSEDED BY THE CONSOLIDATED MOTION FILED AT ECF NO. 71. AN ORDER ENTERED ON ECF NO. 71 AT ECF NO. 101.

Dated: 07/10/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge