

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>   **Debtor(s)** | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>   **Plaintiff(s),**<br><br>**v.**<br><br>**Lolonyon Akouete**<br>   **Defendant(s).** | **Adversary Proceeding**<br>**No. 25-04027-CJP** |

**ORDER**

**MATTER:**

#100 Motion filed by Defendant Lolonyon Akouete for Clarification of March 6, 2026 Orders and of The Present Effect of Prior Injunctive Relief as to Third-Party Discovery (Re: 94 Order on Motion For Preliminary Injunction, 95 Order, 96 Order on Motion to Dismiss Adversary Proceeding).

GRANTED IN PART AS FOLLOWS. NOTWITHSTANDING THAT THE MOTIONS OF THE TRUSTEE TO EXPAND THE SCOPE OF INJUNCTIVE RELIEF WERE WITHDRAWN AND THE MOVANT SOUGHT THIS CLARIFICATION REQUEST PRIOR TO ENTRY OF THE SEPARATE ORDER AT ECF NO. 101, THE INJUNCTION ENTERED AT ECF NO. 16, AS SUPPLEMENTED PURSUANT TO ORDERS ENTERED ON PRIOR CLARIFICATION REQUESTS OF THE MOVANT AT ECF NOS. 22 AND 24 AND THE ORDER PRELIMINIARILY FURTHER EXPANDING THE SCOPE OF THE INJUNCTION AT ECF NO. 55, REMAIN IN PLACE, AND ANY REQUEST TO CLARIFY DISCOVERY OBLIGATIONS IN STATE COURT PROCEEDINGS FILED BY THE MOVANT BASED ON FACTS AND CIRCUMSTANCES COMMON WITH MATTERS DECIDED BY THIS COURT IN THE CLAIM DECISION ENTERED IN THE MAIN CASE (Case No. 23-40709) AT ECF NO. 1179 AND CORE TO THE ADMINISTRATION OF THIS ESTATE, INCLUDING ANY CLAIM THAT THE MOVANT HAD AUTHORITY TO ACT ON

BEHALF OF THE DEBTOR, REMAINS SUBJECT TO THE INJUNCTION AND CAN BE THE
SUBJECT OF FUTURE REQUESTS ONCE THE CLAIM DECISION IS FINAL.

Dated: 07/10/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge